UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEDIG NASRALDEEN ZAKARIA OARY,

Petitioner,

v.

MARKWAYNE MULLIN et al.,

Respondents.

CASE NO. 2:26-cv-04328-BAT

**ORDER GRANTING PETITION AND DIRECTING RELEASE**

On November 6, 2026, Petitioner filed a 28 U.S.C. § 2241 habeas petition requesting his immediate release from immigration detention. Dkt. 1. Petitioner avers he has lived in the United States for two years, has no criminal history, is not subject to a final order of removal, is subject to 8 U.S.C. § 1226(a), and was arrested and detained without notice or a hearing in violation of his right to due process. The government's abbreviated return states the Court may decide whether relief should be granted based upon the habeas petition. Dkt. 6.

The Court finds the § 2241 habeas petition sets forth a factual and legal bases that states a claim for the requested relief and accordingly **ORDERS**:

1. The petition for writ of habeas corpus, Dkt. 1, is **GRANTED**. Respondents shall release Petitioner from immigration custody within 24 hours of this Order, and return to Petitioner any personal property, including any personal identification document (other than a

passport) and any employment authorization document.

2. Respondents shall file a **CERTIFICATION** that Petitioner has been released no later than 48 hours of the date and time this order is filed.

3. If Respondents seek to redetain Petitioner while he is subject to 8 U.S.C. § 1226(a), Respondents shall first provide written notice and a hearing before a neutral decision maker at which time the government will bear the burden to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community.

4. Counsel may apply for EAJA fees and costs consistent with the requirements of the statute.

DATED this 19th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge